## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **PLAYER PIANO PARTS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | **CASE NO. 09-CV-1178-EFM-DWB** |
| **v.** | ) | |
| | ) | |
| **BRENT BURDICK ,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |
| _____ | ) | |

### DEFENDANT'S MOTION FOR RULE 11 SANCTIONS

COMES NOW, Defendant, BRENT BURDICK ("Burdick"), by and through his counsel, Jerald W. Rogers of Triplett, Woolf & Garretson, LLC and John P. Kelly of The Kelly Law Firm, and moves this Court for an Order of Sanctions pursuant to Fed. R. Civ. P. 11.  In support of this Motion, Defendant states as follows:

1.      Pursuant to Fed. R. Civ. P. 11, Defendant respectfully requests that the Court sanction Plaintiff, Player Piano Parts, Inc. and it attorneys, for filing this baseless action.  The Plaintiff's claim in this case that Defendant Burdick violated the Anti-Cybersquatting Consumer Protection Act ("ACPA") is totally lacking in objective reasonableness.  As stated in more detail in his memoranda in support of Defendant's Motion to Dismiss and its related Reply (Docs. 10 and 14), Plaintiff has not alleged, and cannot establish, that it has a distinctive or famous trademark, which is required to confer standing on a litigant to assert an ACPA claim against a defendant who registers and uses a domain name.

2.      In short, Plaintiff's claim is not warranted by existing law; Plaintiff and its attorneys have utterly disregarded their duty to conduct an objectively reasonable inquiry of the

relevant law and facts prior to filing the instant action. Sanctions are warranted to deter them from such abuses in the future.

3. An informal request has been made on the Plaintiff to withdraw its pleadings, which has been refused. Pursuant to Fed. R. Civ. P. 11(c) (2), this Motion was served on the Plaintiff and its counsel 21 days prior to its filing with the court.

WHEREFORE, Defendant BURDICK requests that the Court: (1) dismiss the complaint; and (2) award Defendant his attorney's fees and costs incurred in defending this action from its filing date to the present; and (3) fine Plaintiff and his attorneys, in an amount to be determined by and paid to the Court, for wasting the time and resources of the Court.

Respectfully submitted,

By: s/  Jerald W. Rogers
Jerald W. Rogers, #18191
TRIPLETT, WOOLF & GARRETSON, LLC
2959 N. Rock Road, Ste. 300
Wichita, KS 67226
Tel. (316) 630-8100
Fax (316) 630-8101
E-mail: jawalker@twgfirm.com
        jwrogers@twgfirm.com

and

By: s/John P. Kelly
John P. Kelly, admitted *Pro Hac Vice*
THE KELLY LAW FIRM
2400 East Commercial Boulevard
Suite 211
Fort Lauderdale, FL  33308
Tel. (954) 568-5555
Fax (954) 568-5553
Florida Bar No. 284289
jkelly@businesslitigation.com
*Attorneys for Defendant, Brent Burdick*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of August, 2009, I electronically filed the foregoing **Motion For Rule 11 Sanctions** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Todd E. Shadid, Esq.
Alexander B. Mitchell, II, Esq.
KLENDA, MITCHELL, AUSTERMAN
& ZUERCHER, LLC
301 N. Main, Suite 1600
Wichita, KS  67202-4816
Tel:  (316) 267-0331
Fax:  (316) 267-0331
E-mail:  amitchell@kmazlaw.com
         tshadid@kmaxlaw.com
*Attorneys for Plaintiff*

By:  s/  Jerald W. Rogers_____
     James A. Walker, #9037
     Jerald W. Rogers, #18191
     TRIPLETT, WOOLF & GARRETSON, LLC
     2959 N. Rock Road, Ste. 300
     Wichita, KS 67226
     Tel. (316) 630-8100
     Fax (316) 630-8101
     E-mail: jawalker@twgfirm.com
             jwrogers@twgfirm.com
     *Attorneys for Defendant, Brent Burdick*

#319523